UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

ATHENA URENA-GONZALEZ                    Case No. 18-

                        Debtor.                    Chapter 7
-----------------------------------------------------------x

### DECLARATION OF DEBTOR REGARDING PAYMENT ADVICES

Athena Urena-Gonzalez, the above-captioned debtor, hereby declares as follows:

1.     Bankruptcy Code Section 521 requires consumer debtors to file payment advices reflecting the income received by an employer in the 60 days preceding the filing of a bankruptcy petition. Self employed and do not receive these..

2.     I swear under penalty of perjury that the foregoing is true and accurate.

Dated: July 19, 2018
       Queens, New York

                                                      _____
                                                      Athena Urena Gonzalez