Athena Victoria Urena-Gonzalez
141-38 219 Street
Springfield Gardens, NY 11413
*Pro Se*

Hearing Date:  January 17, 2019
Time:  2:00 p.m.

RECEIVED/MR 2018 DEC 26 A 11:
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
CLERK

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re

ATHENA VICTORIA URENA-GONZALEZ,

                              Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 18-44212-cec

Chapter 7

## NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER RE-OPENING CHAPTER 7 CASE AND ALLOWING AMENDMENTS TO THE DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

**PLEASE TAKE NOTICE**, that upon the annexed Motion dated December 19 , 2018,

(the "Motion"), of the above-captioned Debtor, the undersigned will move before the Honorable

Carla E. Craig, United States Bankruptcy Judge, in the United States Bankruptcy Court of the

Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, on the

**17th day of January, 2019 (the "Hearing Date"), at 9:00 a.m.**, or as soon thereafter as Debtor

may be heard, for the entry of an order Re-opening Chapter 7 Case and allowing amendments to

the debtor's schedules and statement of financial affairs. The Debtor may request such other and

further relief as is just and equitable at the hearing.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the aforesaid

hearing if you do not object to the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE**, that any response to the Motion must (a) be in

writing and (b) must be filed with the Clerk of the Bankruptcy Court electronically at

www.nyeb.uscourts.gov. If you do not have the ability to file an objection electronically, the objection may be filed with the Clerk of the Court by presenting the Clerk with a copy of the objection saved on a diskette or compact disk in .pdf format by the date stated above. A copy of the objection must be provided to (a) the Chambers of the Honorable Carla E. Craig and (b) the Debtor, so as to be received no later than **seven (7) days** before the Hearing Date. The objection must comply with the Bankruptcy Rules and the Local Bankruptcy Rules of the court and must state with particularity the legal and factual bases for such objection.

Dated: December 19, 2018
Springfield Gardens, New York

*/s/Athena Victoria Urena-Gonzalez*
Athena Victoria Urena-Gonzalez
141-38 219 Street
Springfield Gardens, NY 11413
*Pro Se*

Athena Victoria Urena-Gonzalez
141-38 219 Street
Springfield Gardens, NY 11413
*Pro Se*


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re


ATHENA VICTORIA URENA-GONZALEZ,                    Case No. 18-44212-cec

                                                   Chapter 7

                                  Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x


### DEBTOR'S MOTION FOR AN ORDER RE-OPENING CHAPTER 7 CASE AND ALLOWING AMENDMENTS TO THE DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

      Athena Victoria Urena-Gonzalez  (the "Debtor"), *pro se*, hereby moves the Court for the

entry of an order (1) reopening her Chapter 7 case pursuant to 11 U.S.C. § 350(b) and allowing

the amendments of her schedules and statement of financial affairs.  In support of this motion, the

Debtor respectfully states as follows:

#### Background

    1.     The Debtor filed a voluntary Chapter 7 petition on July 23, 2018 (the "Petition

Date").

    2.     The Debtor failed to list 3 lawsuits that were pending against her on the Petition

Date in her schedules and statement of financial affairs. 2 of the lawsuits were a result of car

accident which occurred around February 6, 2018.  One lawsuit was a dismissed criminal

proceeding Titled The People of The State of New York v. Athena Urena-Gonzalez Index No. CR-006144-18QN (the "Dismissed Proceeding"). The second lawsuit was civil action from Edwardo Perez titled PEREZ, EDWARDO vs. URENA-GONZALEZ, ATHENA ETAL, (the "Pending Civil Action"). The third lawsuit is a pending criminal proceeding Titled The People of The State of New York v. Athena Urena-Gonzalez Index No. CR-019476-18QN.

3.        The Debtor's estate was fully administered and a discharge was issued on October 30, 2018. The chapter 7 case was closed that same day.

4.        After the case was closed, the Debtor learned that she must list all the legal actions pending against her during the one year period prior to the Petition Date.

5.        The Dismissed Proceeding, the pending Criminal Action, and the Pending Civil Action were not listed in the Debtor's original schedules and statement of financial affairs.

## Relief Requested

6.        The Debtor seeks the entry of an order reopening her Chapter 7 case to permit her to amend her schedules and statement of financial affairs.

7.        Bankruptcy Code Section 350(b) provides that:

> A case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

8.        The Debtor cannot amend her schedules unless the Court re-opens her case and provides her the relief sought herein. Annexed as Exhibit A are the proposed amended schedules and statement of financial affairs the Debtor seeks permission to file.

9.        No previous motion for the relief requested herein has been made to this or any other court.

10.        No prior application of this nature has been filed by the Debtor.

WHEREFORE, the Debtor respectfully requests that the Court enter an order substantially in the form of the proposed order annexed hereto granting the motion and granting such other and further relief as is just and proper.

Dated: December 19, 2018
      Springfield Gardens, New York

                                        */s/Athena Victoria Urena-Gonzalez*
                                        Athena Victoria Urena-Gonzalez
                                        141-38 219 Street
                                        Springfield Gardens, NY 11413
                                        *Pro Se*

**EXHIBIT A**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Athena Victoria Urena-Gonzalez** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number | **18-44212** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ■ No. Go to Part 2.

    ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| 4.1 | **Acceptance Now** | Last 4 digits of account number    **0411** | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Acceptancenow Customer
Service / B
5501 Headquarters Dr
Plano, TX 75024**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?        **Opened 04/15  Last Active
4/29/15**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Rental Agreement**

Debtor 1 __Athena Victoria Urena-Gonzalez__    Case number (if known) __18-44212__

---

| 4.2 | **Affirm Inc** | Last 4 digits of account number __5BVO__ | $289.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Affirm Incorporated**
**Po Box 720**
**San Francisco, CA 94104**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?    **Opened 04/17  Last Active 8/10/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unsecured**

---

| 4.3 | **American Honda Finance** | Last 4 digits of account number __5358__ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 168088**
**Irving, TX 75016**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?    **Opened 11/09  Last Active 5/07/11**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Automobile**

---

| 4.4 | **Amex** | Last 4 digits of account number __7923__ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Correspondence**
**Po Box 981540**
**El Paso, TX 79998**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

When was the debt incurred?    **Opened 5/03/12**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Athena Victoria Urena-Gonzalez**                    Case number (if known)  **18-44212**

| 4.5 | **Associated Credit Service** | Last 4 digits of account number  **8018** | **$311.10** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 5171**
**Westborough, MA 01581-5171**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Line of Credit**

---

| 4.6 | **B&B Collections, Inc** | Last 4 digits of account number  **0177** | **$531.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Bix 2137**
**Toms River, NJ 08754-2137**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Bill**

---

| 4.7 | **B&B Collections, Inc** | Last 4 digits of account number  **3077** | **$606.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Bix 2137**
**Toms River, NJ 08754-2137**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Bill**

---

Debtor 1    Athena Victoria Urena-Gonzalez _____    Case number (if known)    18-44212

| 4.8 | **Capital One** | Last 4 digits of account number    5062 | $3,530.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?    **Opened 09/15 Last Active 11/17/17**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

| 4.9 | **Capital One** | Last 4 digits of account number    7192 | $2,761.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?    **Opened 07/15 Last Active 1/05/18**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

---

| 4.10 | **Capital One** | Last 4 digits of account number    3668 | $746.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?    **Opened 05/17 Last Active 10/17/17**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Charge Account**

---

Debtor 1  Athena Victoria Urena-Gonzalez                    Case number (if known)  18-44212

| 4.1 1 | Capital One | Last 4 digits of account number | 0655 | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?    **Opened 05/12  Last Active 10/01/14**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

| 4.1 2 | Capital One | Last 4 digits of account number | 6475 | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?    **Opened 04/09  Last Active 01/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

| 4.1 3 | Central Credit Services | Last 4 digits of account number | 4003 | $304.97 |

Nonpriority Creditor's Name
**9550 Regency Square Blvd**
**Suite 500**
**Jacksonville, FL 32225**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Membership**

Debtor 1  **Athena Victoria Urena-Gonzalez**  Case number (if known)  **18-44212**

| 4.1 4 | **Chase Auto Finance** | Last 4 digits of account number  **2708** | $13,671.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**National Bankruptcy Dept**
**201 N Central Ave Ms Az1-1191**
**Phoenix, AZ 85004**

**Opened 03/16  Last Active**
When was the debt incurred?    **1/11/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only    □ Contingent

□ Debtor 2 only    □ Unliquidated

□ Debtor 1 and Debtor 2 only    □ Disputed

□ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

□ Check if this claim is for a  community    □ Student loans
debt    □ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims

■ No    □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes    ■ Other. Specify  **Automobile**

| 4.1 5 | **Comenity Bank/mandee** | Last 4 digits of account number  **0133** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**Po Box 182125**
**Columbus, OH 43218**

**Opened 02/16  Last Active**
When was the debt incurred?    **03/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only    □ Contingent

□ Debtor 2 only    □ Unliquidated

□ Debtor 1 and Debtor 2 only    □ Disputed

□ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

□ Check if this claim is for a  community    □ Student loans
debt    □ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims

■ No    □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes    ■ Other. Specify  **Charge Account**

| 4.1 6 | **Credit Collections Services** | Last 4 digits of account number  **2259** | $568.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attention: Bankruptcy**
**725 Canton Street**
**Norwood, MA 02062**

When was the debt incurred?    **Opened 12/17**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only    □ Contingent

□ Debtor 2 only    □ Unliquidated

□ Debtor 1 and Debtor 2 only    □ Disputed

□ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:

□ Check if this claim is for a  community    □ Student loans
debt    □ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?    report as priority claims

■ No    □ Debts to pension or profit-sharing plans, and other similar debts

□ Yes    ■ Other. Specify  **Collection Attorney Nationwide Insurance**

Debtor 1   Athena Victoria Urena-Gonzalez                                Case number (if known)   18-44212

| 4.1 7 | **Credit One Bank** | Last 4 digits of account number | **7528** | **$2,057.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 98873**
**Las Vegas, NV 89193**

When was the debt incurred?   **Opened 03/15  Last Active 9/12/17**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

| 4.1 8 | **Credit One Bank** | Last 4 digits of account number | **0135** | **$1,320.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 98873**
**Las Vegas, NV 89193**

When was the debt incurred?   **Opened 08/17  Last Active 9/01/17**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

| 4.1 9 | **Edwardo Perez** | Last 4 digits of account number | **2018** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Michael H. Joseph, PLLC**
**203 East Post Road**
**White Plains, NY 10601**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Pending Civil Action**

Debtor 1  Athena Victoria Urena-Gonzalez     Case number (if known)    **18-44212**

---

| 4.2 0 | **Fingerhut** | Last 4 digits of account number   **0124** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Bankruptcy Dept**
**6250 Ridgewood Rd**
**Saint Cloud, MN 56303**
Number Street City State Zip Code

When was the debt incurred?    **Opened 7/07/15  Last Active 10/17**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
□ Yes

■ Other. Specify   **Charge Account**

---

| 4.2 1 | **First Savings Credit Card** | Last 4 digits of account number   **4136** | **$1,707.14** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 5019**
**Sioux Falls, SD 57117-5019**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
□ Yes

■ Other. Specify   **Credit Card**

---

| 4.2 2 | **Genesis Bc/celtic Bank** | Last 4 digits of account number   **1886** | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**268 S State St Ste 300**
**Salt Lake City, UT 84111**
Number Street City State Zip Code

When was the debt incurred?    **Opened 03/17  Last Active 4/08/18**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

□ Contingent
□ Unliquidated
□ Disputed

Type of NONPRIORITY unsecured claim:
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
□ Yes

■ Other. Specify   **Credit Card**

---

Debtor 1    **Athena Victoria Urena-Gonzalez**                              Case number (if known)    **18-44212**

---

**4.2 3**

**Kew Gardens Hills, LLC**                              Last 4 digits of account number ___  ___  ___  ___              **$22,000.00**
Nonpriority Creditor's Name
**1065 Ave. of The Americas**                          When was the debt incurred?    _____
**31st Floor**
**New York, NY 10018**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community               ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    **Rental Arrears**

---

**4.2 4**

**Lendup Card Services I**                             Last 4 digits of account number  **8576**              **$551.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy, LendUp**                                                            **Opened 06/17  Last Active**
**237 Kearny St #197**                                 When was the debt incurred?    **4/06/18**
**San Francisco, CA 94108**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community               ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    **Credit Card**

---

**4.2 5**

**Miller & Milone, P.C.**                              Last 4 digits of account number  **0520**              **$9,272.55**
Nonpriority Creditor's Name
**100 Quentin Roosevelt Blv**                          When was the debt incurred?    _____
**Suite 205**
**Garden City, NY 11530**
Number Street City State Zip Code                      As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a community               ☐ Student loans
debt                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                        report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify    **Medical Bill**

---

Debtor 1    Athena Victoria Urena-Gonzalez                    Case number (if known)    18-44212

| 4.2 6 | **Nationwide Insurance** | Last 4 digits of account number    8886 | $568.62 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 742522**
**Cincinnati, OH 45274-2522**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify    **Auto Insurance**

| 4.2 7 | **Nationwide Insurance** | Last 4 digits of account number    8082 | $53.08 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 742522**
**Cincinnati, OH 45274-2522**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify    **Insurance**

| 4.2 8 | **NYC Dept. of Finance** | Last 4 digits of account number    8095 | $392.83 |
|---|---|---|---|

Nonpriority Creditor's Name
**Church Street Station**
**P.O.Box 3600**
**New York, NY 10008**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify    **Parking Tickets**

Debtor 1    **Athena Victoria Urena-Gonzalez**                          Case number (if known)    **18-44212**

| 4.2 9 | **NYS Dept. of Taxation/Fin** | Last 4 digits of account number _____ | $2,062.66 |

Nonpriority Creditor's Name
**Civil Enforcement CO-ATC**
**WA Harriman Campus**
**Albany, NY 12227**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.3 0 | **PayPal Credit** | Last 4 digits of account number    **5513** | $850.00 |

Nonpriority Creditor's Name
**PO Box 105658**
**Atlanta, GA 30348**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.3 1 | **Profesional Claims Bure** | Last 4 digits of account number    **1814** | $522.00 |

Nonpriority Creditor's Name
**PO Box 9060**
**Hicksville, NY 11802-9060**

When was the debt incurred?    _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Bill**

---

Debtor 1   Athena Victoria Urena-Gonzalez                          Case number (if known)    18-44212

| 4.3 2 | **Profesional Claims Bure** | Last 4 digits of account number    1808 | $66.98 |

Nonpriority Creditor's Name
**PO Box 9060**
**Hicksville, NY 11802-9060**
Number Street City Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Debt**

---

| 4.3 3 | **Proffesional Account Mana** | Last 4 digits of account number    0140 | $114.15 |

Nonpriority Creditor's Name
**P.O.Box 1520**
**Milwaukee, WI 53201-1520**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Toll Violation**

---

| 4.3 4 | **Queens EMA** | Last 4 digits of account number    8177 | $398.00 |

Nonpriority Creditor's Name
**PO Box 5603**
**Parsippany, NJ 07054-6603**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Debt**

---

Debtor 1  Athena Victoria Urena-Gonzalez                         Case number (if known)    18-44212

---

**4.3 5**

**Santander Consumer USA**
Nonpriority Creditor's Name

**Po Box 961245**
**Ft Worth, TX 76161**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1000**                                    $0.00

When was the debt incurred?    **Opened 02/15  Last Active 4/22/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Automobile**

---

**4.3 6**

**Synchrony Bank/Amazon**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **2700**                                $1,220.00

When was the debt incurred?    **Opened 03/16  Last Active 7/31/17**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

**4.3 7**

**Synchrony Bank/Care Credit**
Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**Po Box 965061**
**Orlando, FL 32896**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **2818**                                    $0.00

When was the debt incurred?    **Opened 9/14/11  Last Active 10/01/13**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

Debtor 1    Athena Victoria Urena-Gonzalez                                    Case number (if known)    **18-44212**

| 4.3 8 | **Synchrony Bank/Gap** | Last 4 digits of account number    **3286** | **$58.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

When was the debt incurred?    **Opened 03/16  Last Active**
**3/19/18**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Charge Account**

| 4.3 9 | **Synergetic Communication** | Last 4 digits of account number    **6528** | **$1,304.97** |

Nonpriority Creditor's Name

**5450 N.W. Central #220**
**Houston, TX 77092-2016**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Closed Checking Account**

| 4.4 0 | **Verve** | Last 4 digits of account number | **$753.77** |

Nonpriority Creditor's Name

**PO Box 3220**
**Buffalo, NY 14240**

When was the debt incurred?

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Debtor 1  __Athena Victoria Urena-Gonzalez__                    Case number (if known)   __18-44212__

| | |
|---|---|
| Name and Address<br>**Alltran Financial, LP**<br>**P.O. Box 610**<br>**Sauk Rapids, MN 56379** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Credit Collection Service**<br>**725 Canton Street**<br>**Norwood, MA 02062** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.26** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **5516** |
| Name and Address<br>**Credit Collection Service**<br>**725 Canton Street**<br>**Norwood, MA 02062** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **1855** |
| Name and Address<br>**Genpact Services, LLC**<br>**PO Box 1969**<br>**Southgate, MI 48195-0969** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.36** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **0900** |
| Name and Address<br>**LTD Financial Services LP**<br>**7322 Southwest Freeway**<br>**Ste. 1600**<br>**Houston, TX 77074-2053** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **0869** |
| Name and Address<br>**MONTFORT HEALY MCGUIRE**<br>**SALLY**<br>**840 FRANKLIN AVENUE**<br>**0710514/2018**<br>**Garden City, NY 11530** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**NewYork Pres. Med. Group**<br>**Attn: 19096W**<br>**PO Box 14000**<br>**Belfast, ME 04915-4033** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **1917** |
| Name and Address<br>**NY Prebyterian Queens**<br>**56-45 Main Street**<br>**Flushing, NY 11355** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **0685** |
| Name and Address<br>**Picciano & SCahull, P.C.**<br>**1065 Stewart Ave**<br>**Suite 210**<br>**Bethpage, NY 11714** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number     **2018** |
| Name and Address<br>**Queens EMA**<br>**PO Box 417423**<br>**Boston, MA 02241** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.34** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Queens EMA**<br>**PO Box 5603** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1 __Athena Victoria Urena-Gonzalez_____     Case number (if known) __18-44212__

. Parsippany, NJ 07054-6603

| | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Queens EMA**<br>**PO Box 417423**<br>**Boston, MA 02241** | Line __4.6__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Queens EMA**<br>**PO Box 5603**<br>**Parsippany, NJ 07054-6603** | Line __4.7__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Queens EMA**<br>**PO Box 417423**<br>**Boston, MA 02241** | Line __4.7__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Town Sports International**<br>**399 Executive blvd**<br>**Elmsford, NY 10523** | Line __4.13__ of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | Total Claim |
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 68,590.82 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 68,590.82 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Athena Victoria Urena-Gonzalez** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number | **18-44212** |
| (if known) | |

■ Check if this is an
amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy 4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

**1.    What is your current marital status?**

☐ Married
■ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **141-38 219th Street Springfield Gardens, NY 11413** | From-To: **2012 - 2016** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | **$14,447.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Athena Victoria Urena-Gonzalez**                         Case number *(if known)*   **18-44212**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| For last calendar year:<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions,<br>bonuses, tips | $57,520.00 | ☐ Wages, commissions,<br>bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| For the calendar year before that:<br>(January 1 to December 31, 2016 ) | ■ Wages, commissions,<br>bonuses, tips | $50,944.00 | ☐ Wages, commissions,<br>bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5.   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment,
and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery
winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐   No
■   Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
| From January 1 of current year until<br>the date you filed for bankruptcy: | **Child Support** | $2,800.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2017 ) | **Child Support** | $4,800.00 | | |
| For the calendar year before that:<br>(January 1 to December 31, 2016 ) | **Child Support** | $4,800.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☐   No.   Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an
individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐   No.   Go to line 7.
☐   Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you
paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do
not include payments to an attorney for this bankruptcy case.
*   Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

■   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■   No.   Go to line 7.
☐   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not
include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an
attorney for this bankruptcy case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

Debtor 1  **Athena Victoria Urena-Gonzalez**                                          Case number (*if known*)  **18-44212**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

- ■ No
- ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

- ■ No
- ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

### Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| The People of The State of New York v. Athena V. Urena-Gonzalez CR-006144-18QN | DWI Criminal Case | Criminal Court of The City of New York County of Queens | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Edwardo Perez v. Athena Urena-Gonzalezz, Benjamin Garcia Sanches and Melofy Cafe and Restaurant Inc. 0710514/2018 | Civil Action Proceeding | The Supreme Court of the State of New Yo County of Queens | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| The People of The State of New York v. Athena V. Urena-Gonzalez CR-09476-18QN | Criminal Action | Criminal Court of The City of New York County of Queens | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

- ☐ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

Debtor 1   **Athena Victoria Urena-Gonzalez**                   Case number *(if known)*  **18-44212**

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Chase Bank USA, NA**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | **2014 Mazda CX-5**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **11/2017** | **$14,000.00** |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

Debtor 1    **Athena Victoria Urena-Gonzalez**                    Case number *(if known)*    **18-44212**

---

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **001 Debtorcc Inc.**<br>**378 Summit Ave**<br>**Jersey City, NJ 07306** | | | $14.95 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1 __Athena Victoria Urena-Gonzalez__                        Case number (*if known*)  __18-44212__

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution | Who else had access to it? | Describe the contents | Do you still |
    | Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | | have it? |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Storage Facility | Who else has or had access | Describe the contents | Do you still |
    | Address (Number, Street, City, State and ZIP Code) | to it? | | have it? |
    | | Address (Number, Street, City, State and ZIP Code) | | |

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ No
    ☐ Yes. Fill in the details.

    | Owner's Name | Where is the property? | Describe the property | Value |
    | Address (Number, Street, City, State and ZIP Code) | (Number, Street, City, State and ZIP Code) | | |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of site | Governmental unit | Environmental law, if you | Date of notice |
    | Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of site | Governmental unit | Environmental law, if you | Date of notice |
    | Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

Debtor 1   Athena Victoria Urena-Gonzalez                          Case number (if known)   18-44212

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| Athena Victoria Events, LLC 147-47 72nd Rd Apt 2D Flushing, NY 11367 | Event Planning | EIN:    81-5373520 From-To   02/14/2017 to Present |
| Athena V. Urena-Gonzalez 147-47 72nd Rd apt 2D Flushing, NY 11367 | Sole Propriety created to pay for child care. | EIN:    35-2565560 From-To |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

  /s/ Athena Victoria Urena-Gonzalez
Athena Victoria Urena-Gonzalez                    Signature of Debtor 2
Signature of Debtor 1

Date   December 19, 2018                          Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

Debtor 1    **Athena Victoria Urena-Gonzalez**                                Case number *(if known)*    **18-44212**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re                                                    Chapter 7

ATHENA VICTORIA URENA-GONZALEZ,                          Case No. 18-44212-cec

                          Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER GRANTING DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE AND ALLOWING AMENDMENTS TO THE DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Upon the Motion (the "Motion") of Athena Victoria Urena-Gonzalez (the "Debtor"), for

the entry of an order to reopen the above referenced case pursuant to 11 U.S.C. § 350(b), and

authorization to amend schedules and statement of financial affairs; adequate notice of the Motion

having been given, and sufficient cause for the relief requested having been demonstrated, it is

hereby

ORDERED, the above-entitled bankruptcy case be, and the same is hereby, reopened

pursuant to 11 U.S.C. § 350(b); and it is further

ORDERED, a trustee shall not be appointed in this case absent further order from the

Court; and it is further

ORDERED, that the Debtor may amend her schedules and statement of financial affairs

and serve notice of the amendments to all parties in interest; and it is further

ORDERED, that the Debtor file proof of service of the amendments; and its further

ORDERED, that this case may be closed after the Debtor files proof of service as required

by this order.

Dated: Brooklyn, New York
          January ___, 2019

                                        _____
                                        HON. CARLA E. CRAIG
                                        U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

ATHENA VICTORIA URENA-GONZALEZ,                    Case No. 18-44212-cec

                                                   Chapter 7

                            Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF SERVICE

I, Athena Gonzalez, being duly sworn state as follows:

1.  I am over 18 years of age and not a party to this case.

2.  On December 19, 2018, I served a copy of the following document(s) to the
individuals and entities list on the annexed service list by either first class mail or electronic
mail:

## DEBTOR'S MOTION FOR AN ORDER RE-OPENING
## CHAPTER 7 CASE AND ALLOWING AMENDMENTS TO THE DEBTOR'S
## SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

I hereby certify that the foregoing statements made by me are true to the best of my
knowledge and belief. I am fully aware that if any of the foregoing statements are willfully false,
I am subject to punishment.

Dated: December 19, 2018
       Astoria, New York

                              /s/Athena Gonzalez  *Athena Gonzalez*
                              Athena Gonzalez

## ATHENA V. URENA-GONZALEZ.
### Service List

| Creditor | Method of Service | Creditor | Method of Service |
|---|---|---|---|
| Acceptance Now<br>Attn: Acceptancenow Customer Service / B<br>5501 Headquarters Dr<br>Plano, TX 75024 | MAIL | Affirm Inc<br>Affirm Incorporated<br>Po Box 720<br>San Francisco, CA 94104 | MAIL |
| Alltran Financial, LP<br>P.O. Box 610<br>Sauk Rapids, MN 56379 | MAIL | American Honda Finance<br>Attn: Bankruptcy<br>Po Box 168088<br>Irving, TX 75016 | MAIL |
| Amex<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998 | MAIL | Associated Credit Service<br>PO Box 5171<br>Westborough, MA 01581-5171 | MAIL |
| B&B Collections, Inc<br>PO Bix 2137<br>Toms River, NJ 08754-2137 | MAIL | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | MAIL |
| Central Credit Services<br>9550 Regency Square Blvd<br>Suite 500<br>Jacksonville, FL 32225 | MAIL | Chase Auto Finance<br>National Bankruptcy Dept<br>201 N Central Ave Ms Az1-1191<br>Phoenix, AZ 85004 | MAIL |
| Comenity Bank/mandee<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218 | MAIL | Credit Collection Service<br>725 Canton Street<br>Norwood, MA 02062 | MAIL |
| Credit Collections Services<br>Attention: Bankruptcy<br>725 Canton Street<br>Norwood, MA 02062 | MAIL | Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas, NV 89193 | MAIL |
| Edwardo Perez<br>Michael H. Joseph, PLLC<br>203 East Post Road<br>White Plains, NY 10601 | MAIL | Fingerhut<br>Bankruptcy Dept<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303 | MAIL |

| Creditor | Method of Service | Creditor | Method of Service |
|---|---|---|---|
| First Savings Credit Card<br>PO Box 5019<br>Sioux Falls, SD 57117-5019 | MAIL | Genesis Bc/celtic Bank<br>268 S State St Ste 300<br>Salt Lake City, UT 84111 | MAIL |
| Genpact Services, LLC<br>PO Box 1969<br>Southgate, MI 48195-0969 | MAIL | Kew Gardens Hill, LLC<br>1065 Ave of the Americas<br>31st Floor<br>New York, NY 10018 | MAIL |
| Lendup Card Services I<br>Attn: Bankruptcy, LendUp<br>237 Kearny St #197<br>San Francisco, CA 94108 | MAIL | LTD Financial Services LP<br>7322 Southwest Freeway<br>Ste. 1600<br>Houston, TX 77074-2053 | MAIL |
| Miller & Milone, P.C.<br>100 Quentin Roosevelt Blv<br>Suite 205<br>Garden City, NY 11530 | MAIL | MONTFORT HEALY MCGUIRE<br>SALLY<br>840 FRANKLIN AVENUE<br>0710514/2018<br>Garden City, NY 11530 | MAIL |
| Nationwide Insurance<br>PO Box 742522<br>Cincinnati, OH 45274-2522 | MAIL | NewYork Pres. Med. Group<br>Attn: 19096W<br>PO Box 14000<br>Belfast, ME 04915-4033 | MAIL |
| NY Prebyterian Queens<br>56-45 Main Street<br>Flushing, NY 11355 | MAIL | NYC Dept. of Finance<br>Church Street Station<br>P.O.Box 3600<br>New York, NY 10008 | MAIL |
| NYS Dept. of Taxation/Fin<br>Civil Enforcement CO-ATC<br>WA Harriman Campus<br>Albany, NY 12227 | MAIL | PayPal Credit<br>PO Box 105658<br>Atlanta, GA 30348 | MAIL |
| Profesional Claims Bure<br>PO Box 9060<br>Hicksville, NY 11802-9060 | MAIL | Proffesional Account Mana<br>P.O.Box 1520<br>Milwaukee, WI 53201-1520 | MAIL |
| Queens EMA<br>PO Box 5603<br>Parsippany, NJ 07054-6603 | MAIL | Santander Consumer USA<br>Po Box 961245<br>Ft Worth, TX 76161 | MAIL |

| Creditor | Method of Service | Creditor | Method of Service |
|---|---|---|---|
| Synchrony Bank/Amazon<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896 | MAIL | Synchrony Bank<br>Attn: Bankruptcy Dept<br>Po Box 965061<br>Orlando, FL 32896 | MAIL |
| Synergetic Communication<br>5450 N.W. Central #220<br>Houston, TX 77092-2016 | MAIL | Town Sports International<br>399 Executive blvd<br>Elmsford, NY 10523 | MAIL |
| Verve<br>PO Box 3220<br>Buffalo, NY 14240 | MAIL | Picciano & Scahull, P.C.<br>1065 Stewart Ave<br>Suite 210<br>Bethpage, NY 11714 | MAIL |